No. 11–7669.  EL-MUMIT *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 11–7838.  GONZALES *v.* CALIFORNIA; and
No. 11–8133.  SOLIZ *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–8066.  GIBSON *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI;
No. 11–8067.  McCORKLE *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI;
No. 11–8068.  WATKINS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI; and
No. 11–8481.  GOLDBLATT *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 11–8352.  VIVAS *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES.  Sup. Ct. Fla.  Certiorari denied.

No. 11–8359.  ZIBBELL ET UX. *v.* MICHIGAN DEPARTMENT OF HUMAN SERVICES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–8369.  McCALL *v.* TEXAS.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 11–8374.  JUDKINS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–8376.  BOOMER *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 11–8380.  MILLER *v.* TRAMMELL, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 11–8387.  NAVA *v.* KNOWLES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–8388.  McPHERSON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.